# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 1:20-CV-21588-CMA

Plaintiff:
**Mark Pitzo**

vs.

Defendant:
**Carnival Corporation d/b/a Carnival Cruise Lines**

For:
MARK KELLEY SCHWARTZ
DRIGGERS, SCHULTZ & HERBST
2600 W. BIG BEAVER ROAD
SUITE 550
TROY, MI 48084

Received by AMS PROCESS SERVICE, INC. on the 22nd day of April, 2020 at 4:54 pm to be served on **CARNIVAL CORPORATION D/B/A CARNIVAL CRUISE LINES C/O NRAI SERVICES, INC., REGISTERED AGENT, 1200 S PINE ISLAND RD., PLANTATION, FL 33324.**

I, CHRIS YEOMAN, being duly sworn, depose and say that on the **23rd day of April, 2020** at **1:35 pm**, I:

SERVED the within named corporation by delivering a true copy of the **Summons in a Civil Action and Complaint and Demand for Jury Trial** at the address of **1200 S PINE ISLAND RD., PLANTATION, FL 33324** with the date and hour endorsed thereon by me to, **LISA HOWARD, INTAKE SPECIALIST** as an employee of the Registered Agent listed with the Florida Division of Corporation, pursuant to F.S. 48.081 (3)(a).

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true, to the best of my knowledge and belief F.S. 92.525 Verification of documents.

Subscribed and Sworn to before me on the 23 day of April 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

LYNN REICH
Notary Public - State of Florida
Commission # GG 255266
My Comm. Expires Sep 4, 2022
Bonded through National Notary Assn.

CHRIS YEOMAN
SPS #262

AMS PROCESS SERVICE, INC.
6131 ISLAND HARBOR ROAD
SEBASTIAN, FL 32958
(305) 934-2687

Our Job Serial Number: CIZ-2020005989
Ref: 88

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARK PITZO <br><br> *Plaintiff(s)* <br> v. <br> CARNIVAL CORPORATION <br> d/b/a CARNIVAL CRUISE LINES <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:20-cv-21588-CMA |

*[Handwritten: 4/23/20 1:35pm Lisa Howard, Intake Specialist s'ee of R/A auth CP #262]*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carnival Corporation
d/b/a Carnival Cruise Lines
c/o NRAI Services, Inc., Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mark Kelley Schwartz
DRIGGERS, SCHULTZ & HERBST
2600 W. Big Beaver Road, Suite 550
Troy, MI 48084

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Apr 15, 2020

Angela E. Noble
Clerk of Court

s/ P. Curtis
Deputy Clerk
U.S. District Courts