UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO 20-cv-21588-CMA

MARK PITZO,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

**CERTIFICATE OF INTERESTED PARTIES AND**
**CORPORATE DISCLOSURE STATEMENT**

Defendant, CARNIVAL CORPORATION, by and through undersigned counsel hereby files, pursuant to Federal Rule of Civil Procedure 7.1(a), its Certificate of Interested Parties and Corporate Disclosure Statement as follows:

1. Mark Pitzo, Plaintiff.

2. Carnival Corporation, Defendant.

Defendant, CARNIVAL CORPORATION, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1 discloses that it is a publicly traded company whose common stock is listed on the New York Stock Exchange and there are no parent corporations or publicly held corporations that hold ten percent or more of its stock.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 11, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the

manner specified, either via transmission of Notices of Electronic Filing generate by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,

    DONNISE DESOUZA WEBB, ESQ
    CARNIVAL CORPORATION
    3655 N.W. 87th Avenue
    Miami, Florida 33178-2428
    (305) 406-4838 Direct Phone
    (305) 599-2600 Ext. 18024 Assistant's Phone
    (305) 406-4732 Telefax
    Dedicated Judge's Phone (305) 406-5399
    (For Judges only)

    By:   *s/ Donnise DeSouza Webb, Esq.*
        Donnise DeSouza Webb, Esq
        FLA. BAR NO: 879398

## SERVICE LIST

| DONNISE DESOUZA WEBB, ESQ.<br>ddesouza@carnival.com<br>3655 N.W. 87th Avenue<br>Miami, FL 33178<br>Telephone: (305) 406-4838<br>Facsimile: (305) 406-4732<br>Attorney for Defendant, CARNIVAL | MARK KELLEY SCHWARTZ, ESQ.<br>mschwartz@driggersschultz.com<br>Florida Bar No. 0190070<br>2600 West Big Beaver Road, Ste. 550<br>Troy, MI 48084<br>Tel: (248) 649-6000<br>Fax: (248) 649-6442<br>Attorney for Plaintiff, PITZO |
|---|---|

[Service via CM/ECF Notice of Electronic Filing]