UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 20-21588-CIV-ALTONAGA

**MARK PITZO,**

    Plaintiff,

vs.

**CARNIVAL CORPORATION**
**d/b/a Carnival Cruise Lines**,

    Defendant.

_____/

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to this Court's Order of May 4, 2020 (D.E. 8), the following constitute interested persons and associated persons, firms, partnerships or corporations that may have a financial interest in the outcome of this case.

### PARTIES

1. Mark Pitzo, Plaintiff.

2. Carnival Corporation, Defendant.

### ATTORNEYS

3. Mark K. Schwartz, Plaintiff's counsel.

4. Driggers, Schultz & Herbst, Attorneys for Plaintiff.

5. Donnise DeSouza Webb, Attorney for Defendant.

### OTHER

6. Blue Cross Blue Shield, Federal Employee Program, Plaintiff's health plan and possible lienholder.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 27, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully Submitted,

**DRIGGERS, SCHULTZ & HERBST**

*/s/ Mark Kelley Schwartz*
Mark Kelley Schwartz
Florida Bar No. 0190070
Attorney for Plaintiff
2600 West Big Beaver Road, Ste. 550
Troy, MI 48084
Tel: (248) 649-6000: Fax: (248) 649-6442
Email:  mschwartz@driggersschultz.com

## SERVICE LIST

DONNISE DESOUZA WEBB, ESQ.
Florida Bar No. 879398
3655 N.W. 87th Avenue Miami, FL 33178
Tel: (305) 406-4838
Fax: (305) 406-4732
ddesouza@carnival.com
Attorney for Defendant, CARNIVAL

[Service via CM/ECF Notice of Electronic Filing]